# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3063__ & TITLE - IN RE: __United Furniture Industries, Inc., Employee WARN ACT Claims__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

(See Exhibit A for list of actions.)
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __(See Exhibit B for list of parties.)__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✔] This party's parent corporation(s) are listed below:

United Furniture Industries, Inc.

[ ] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

OR

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____         Squire Patton Boggs (US) LLP
Signature of Attorney                              Name of Firm

475 Sansome Street, 16th Floor        San Francisco, CA  94111
Address                                               City/State/Zip Code

Date December 20, 2022

Instructions:

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# EXHIBIT A

# EXHIBIT A

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re: United Furniture Industries, Inc. Employee WARN ACT Claims, | MDL No. 3063 |
|---|---|

## SCHEDULE OF ACTIONS

|   | Case Caption | Court | Civil Action Number | Judge |
|---|---|---|---|---|
| 1 | *Plaintiff(s):* Dominick Alcantara, Mario Gonzalez, on behalf of themselves and all others similarly situated<br><br>*Defendant(s):* United Furniture Industries, Inc., UFI California, Inc., UFI Transportation, LLC, Lane Furniture, Inc., LS Logistics, Inc., Stage Capital, LLC, and David Belford | Central District of California | 22-cv-02110 | Honorable Mark C. Scarsi |

# EXHIBIT B

## EXHIBIT B

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: United Furniture Industries, Inc. Employee WARN ACT Claims** | **MDL No. 3063** |

## PARTIES REPRESENTED:

Defendant UFI California, Inc.
Defendant UFI Transportation, LLC
Defendant Lane Furniture, Inc.
Defendant LS Logistics, Inc.

# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: United Furniture Industries, Inc. Employee WARN ACT Claims,** | **MDL No. 3063** |

## PROOF OF SERVICE

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 475 Sansome Street, 16th Floor, San Francisco, CA 94111, which is located in the county where any non-personal service described below took place.

On December 20, 2022, a copy of the following document(s):

### CORPORATE DISCLOSURE STATEMENT

was served on the parties listed as follows:

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL:**

| Attorneys | Party(ies) Represented |
|---|---|
| *Neal v. United Furniture Industries, Inc., et al.*, USDC, Northern District of Mississippi, Case No. 1:22-cv-00171-SA-RP | |
| Casey Langston Lott<br>LANGSTON & LOTT, P.A.<br>P.O. Box 382<br>Booneville, MS  38829<br>Telephone:     (662) 728-9733<br>E-mail:          clott@langstonlott.com | Attorneys for Plaintiff Toria Neal |
| William Jackson Simpson<br>Langston & Lott, PLLC<br>100 South Main Street<br>Booneville, MX  38829<br>Telephone:     (662) 728-9733<br>E-mail:          jsimpson@langstonlott.com | Attorneys for Plaintiff Toria Neal |

1

| Attorneys | Party(ies) Represented |
|---|---|
| *Poe v. United Furniture Industries, Inc.*, USDC, Northern District of Mississippi, Case No. 1:22-cv-00172-SA-DAS ||
| Charles C. Cole<br>Hearn Law Firm, PLLC<br>1438 N. State Street<br>Jackson, MS  39202<br>Telephone:     (601) 969-2709<br>Facsimile:     (662) 524-3530<br>E-mail:           cass.hearnlaw@gmail.com | Attorneys for Plaintiff William Poe |
| Michael Farrell, PLLC<br>LAW OFFICES OF MIKE FARRELL, PLLC<br>210 E. Capitol Street<br>Regions Plaza, Suite 2180<br>Jackson, MS  39201<br>Telephone:     (601) 948-8030<br>Facsimile:     (601) 948-8032<br>E-mail:           mike@farrell-law.net | Attorneys for Plaintiff William Poe |
| Philip C. Hearn<br>HEARN LAW FIRM, PLLC<br>102 N. Guyton Boulevard<br>Blue Mountain, MS  38610<br>Telephone:     (601) 720-3541<br>Facsimile:     (662) 524-3530<br>E-mail:           philiphearn@yahoo.com | Attorneys for Plaintiff William Poe |
| *Alomari v. United Furniture Industries, Inc.*, Northern District of Mississippi, Case No. 3:22-cv-00261-GHD-RP ||
| Jerry Abdalla<br>Abdalla Law, PLLC<br>602 Steed Road, #200<br>Ridgeland, MS  39157<br>Telephone:     (601) 487-4590<br>E-mail:           gmabdall@hotmail.com | Attorneys for Plaintiff Frances Denise Alomari |

| Attorneys | Party(ies) Represented |
|---|---|
| John W. Don Barrett<br>Katherine B. Riley<br>BARRETT LAW GROUP, P.A.<br>404 Court Square<br>Lexington, MS  39095<br>Telephone:     (662) 834-2488<br>Facsimile:     (662) 834-2488<br>E-mail:         dbarrett@barrettlawgroup.com<br>                    kbriley@barrettlawgroup.com | Attorneys for Plaintiff Frances Denise Alomari |
| Richard Runft Barrett<br>Law Offices of Richard R. Barrett, PLLC<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS  38655<br>Telephone:     (662) 380-5018<br>Facsimile:     (866) 430-5459<br>E-mail:         rrb@rrblawfirm.net | Attorneys for Plaintiff Frances Denise Alomari |

*Dominick Alcantara et al. v. United Furniture Industries, Inc., et al.*, USDC, Central District of California, Case No. 5:22-cv-02110-MCS-AFM

| Attorneys | Party(ies) Represented |
|---|---|
| Gail Lin<br>Raisner Roupinian LLP<br>2945 Townsgate Road, Suite 200<br>Westlake Village, CA  91361<br>Telephone:     (212) 221-1747<br>Facsimile:     (212) 221-1747<br>E-mail:         gcl@raisnerroupinian.com | Attorneys for Plaintiffs Mario Gonzalez and Dominick Alcantara |
| Jack A. Raisner<br>Rene S. Roupinian<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, NY  10016<br>Telephone:     (212) 221-1747<br>E-mail:         jar@raisnerroupinian.com<br>                    rsr@raisnerroupinian.com | |

**VIA FIRST CLASS MAIL:**

| | |
|---|---|
| Stage Capital, LLC<br>501 Morrison Road, Suite 100<br>Gahanna, OH  43230 | David Belford<br>1879 Coley Road<br>Tupelo, MS  38801 |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 20, 2022, at San Francisco, California.

Nina Danilyan

-4-